# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO AMEZCUE,<br><br>        Petitioner,<br><br>    v.<br><br>V.M. ALMAGER, Warden,<br><br>        Respondent. | Case No. CV 08-3798-PA (JTL)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: May 25, 2009

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE